UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

Case Nos.  CV 24-5751-AH-(KSx)                                           Date: September 9, 2025

Title      *BackGrid USA, Inc. et al. v. Hot In Here, Inc. et al.*

Present: The Honorable:   Karen L. Stevenson, Chief United States Magistrate Judge

| Gay Roberson | CS-Zoom VTC-09/09/2025 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:                    Attorneys Present for Defendants:

**Proceedings: (IN CHAMBERS) MINUTES RE: FURTHER SETTLEMENT CONFERENCE**

   Case called. Counsel stated their appearances for the record. The further settlement conference is conducted via Zoom Video-telephonic conference.

   All parties participated in good faith. Based on progress made and with the parties' agreement, the Court scheduled a further session for Monday, September 22, 2025 at 3:00 p.m. via Zoom Video-telephonic conference.

   The Deputy Courtroom Clerk will provide the video teleconference information to the participating parties by email.

**IT IS SO ORDERED.**

                                                                                    3 hrs.: 07
                                                         **Initials of Preparer**      gr